UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAISY BLUE,

        Plaintiff,

v.

                                        File No. 1:11-CV-421

COMMISSIONER OF SOCIAL
SECURITY,

                                      HON. ROBERT HOLMES BELL

        Defendant.

_____/

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On April 26, 2011, Plaintiff filed a complaint in this Court seeking review of the Commissioner of Social Security's decision that Plaintiff was not entitled to disability insurance benefits or supplemental security income benefits.  (Dkt. No. 1.)  On September 28, 2012, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that the Commissioner of Social Security's decision be affirmed. (Dkt. No. 21).  No objections have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the September 28, 2012, R&R (Dkt. No. 21) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**.

**IT IS FURTHER ORDERED** that Plaintiff's complaint (Dkt. No. 1) is **DISMISSED**.


Dated: October 29, 2012                           /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  UNITED STATES DISTRICT JUDGE